UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCINIA DOWLING,

    Plaintiff,

v.                                                    Case No. 8:04-cv-2445-T-24 EAJ

I.C. SYSTEM, INC., ET AL.,

    Defendants.
_____/

## **PRETRIAL ORDER**

This cause came before the Court at a pretrial conference held on January 6, 2006, pursuant to Federal Rule of Civil Procedure 16(d) and Local Rule 3.06. Upon consideration, it is

**ORDERED AND ADJUDGED** that:

(1)    A jury trial is set on the Court's February, 2006 trial calendar to commence at 9:00 a.m in Courtroom 14A of the Sam M. Gibbons United States Courthouse in Tampa, Florida. The parties estimate that two to three days are necessary to try this case.

(2)    The parties' Pretrial Statement (Doc. No. 34) will control the course of the trial and will not be amended except by order of the Court in the furtherance of justice.

(3)    Motions in limine must be filed by January 13, 2006, and responses thereto must be filed by January 20, 2006.

(4)    On or before January 25, 2006, the parties will meet and mark their exhibits.

(5)    Five days prior to the beginning of trial, the parties shall electronically file and serve on opposing counsel the following: (a) suggested voir dire questions; (b) proposed jury instructions; and (c) proposed verdict forms. Additionally, the

       parties should email a courtesy copy in WordPerfect format of the proposed jury instructions and verdict form to Chambers_FLMD_Bucklew@flmd.uscourts.gov.

(6)    The parties are directed to deliver the following to the Courtroom Deputy on the morning of trial: (1) one original and three copies of each parties' witness list; and (2) one original and three copies of each parties' exhibit list.

(7)    Prior to the trial, the parties should email a courtesy copy in WordPerfect format of the exhibit list to Chambers_FLMD_Bucklew@flmd.uscourts.gov.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of January, 2006.

_____
ELIZABETH A JENKINS
United States Magistrate Judge

Copies to:
Counsel of Record

2